Case 18-05484-5-DMW    Doc 19-1    Filed 01/15/19    Entered 01/15/19 14:40:50    Page 1 of 6

```
CUST ID  000038963882                    2016 VCTY              MAGNUM
 WILLIAM DALE ROBERTS
CUST ID

TITLE 774844162596115    XFER DATE 09/01/2016   PRINT DATE 12/01/2018   OWNERS  1
LIEN   1 OF 1            LIEN DATE 09/01/2016   ACCOUNT NBR

LIENHOLDER ID:  000031142278      ELT ENROLL DT 12/06/2016
 FREEDOM ROAD FINANCIAL
LIENHOLDER ID:

LIENHOLDER ID:

RESIDENCE ADDRESS:     PO BOX 18218
                       RENO                      NV  895110218
MAILING ADDRESS   :

ONE TIME ADDRESS  :


 PF1/HELP     PF2/IMAGE     PF3/RETURN    PF4/ CHRG    PF5/ADDRESS   PF6/OWNERS
 PF7/         PF8/          PF9/PRINT     PF10/        PF11/         PF12/MENU
```